GEORGE A. RILEY (S.B. #118304)
griley@omm.com
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff Apple Inc.

BENJAMIN L. WAGNER (S.B. # 243594)
bwagner@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Direct: (858) 314-1512
Fax: (858) 314-1501

Attorneys for Defendant Graphics Properties Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br>             Plaintiff, <br><br>     v. <br><br> GRAPHICS PROPERTIES HOLDINGS, INC., <br><br>             Defendant. | Case No.  CV-11-5598-SI <br><br> **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** <br><br> Judge:  Hon. Susan Illston |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for
2    Plaintiff APPLE INC., and for Defendant GRAPHICS PROPERTIES HOLDINGS, INC., that
3    pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action should be and is hereby
4    dismissed with prejudice, and that each party shall bear its own attorneys' fees, costs of court
5    and expenses.

7    Dated: September 28, 2012

10   /s/ Benjamin Wagner                    /s/ Darin W. Snyder
     Benjamin L. Wagner                     Darin W. Snyder
11   Mintz, Levin, Cohn, Ferris, Glovsky and  O'Melveny & Myers LLP
     Popeo, P.C.                             Attorneys for Plaintiff
12   Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/3__, 2012

HON. SUSAN ILLSTON
United States District Judge

1
2  APPROVED AS TO FORM AND CONTENT:

3  JAMES M. WODARSKI
   MICHAEL T. RENAUD
4  SANDRA J. BADIN

5  MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
6  One Financial Center
   Boston, Massachusetts  02111
7  Phone:  (617) 542-6000
   Fax:  (617) 542-2241
8

9  By     /s/ Sandra J. Badin
              Sandra J. Badin
10
   Attorneys for Defendant GRAPHICS PROPERTIES HOLDINGS, INC.,
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28