1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
4  Two Embarcadero Center, 28th Floor
   San Francisco, California  94111-3823
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
7  Attorneys for Plaintiff Apple Inc.

8  BENJAMIN L. WAGNER (S.B. # 243594)
   bwagner@mintz.com
9  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
   3580 Carmel Mountain Road, Suite 300
10 San Diego, CA 92130
   Direct: (858) 314-1512
11 Fax: (858) 314-1501
12
   Attorneys for Defendant Graphics Properties Holdings, Inc.
13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | APPLE INC.,                          | Case No.  CV-11-5598-SI
19 |                     Plaintiff,       |
   |                                      | **STIPULATION OF DISMISSAL;**
20 |       v.                             | **[PROPOSED] ORDER**
21 | GRAPHICS PROPERTIES HOLDINGS,        | Judge:  Hon. Susan Illston
   | INC.,                                |
22 |                                      |
   |                     Defendant.       |
23

1 | IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff APPLE INC., and for Defendant GRAPHICS PROPERTIES HOLDINGS, INC., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action should be and is hereby dismissed with prejudice, and that each party shall bear its own attorneys' fees, costs of court and expenses.

Dated: September 28, 2012

*/s/ Benjamin Wagner*  
Benjamin L. Wagner  
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.  
Attorneys for Defendant

*/s/ Darin W. Snyder*  
Darin W. Snyder  
O'Melveny & Myers LLP  
Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/3__, 2012

_____
HON. SUSAN ILLSTON
United States District Judge

APPROVED AS TO FORM AND CONTENT:

JAMES M. WODARSKI
MICHAEL T. RENAUD
SANDRA J. BADIN

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Phone:  (617) 542-6000
Fax:  (617) 542-2241


By   */s/ Sandra J. Badin*
           Sandra J. Badin

Attorneys for Defendant GRAPHICS PROPERTIES HOLDINGS, INC.,